## 4

Howard IRWIN v. STATE. (No. 9674.)

(Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from District Court, Haskell County; Bruce W. Bryant, Judge. W. H. Murchison, of Haskell, for appellant. Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The offense is unlawfully driving a motor vehicle upon a public highway while intoxicated; punishment fixed at a fine of $80. The indictment is regular. The record is before us without statement of facts or bills of exception. No fundamental error has been discovered or pointed out. The judgment is affirmed.

## 5

Oscar LEWIS v. STATE. (No. 9770.)

(Court of Criminal Appeals of Texas. Oct. 14, 1925.) Appeal from District Court, Victoria County; John M. Green, Judge. I. D. Fowler, of Victoria, for appellant. Sam D. Stinson, State's Atty., of Greenville, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Conviction is for assault with intent to murder; punishment being assessed at confinement in the penitentiary for two years. No bills of exception to any proceeding upon the trial appear in the transcript, and no statement of the facts proven are upon file in this court. The indictment and other proceedings appear to be regular, presenting no question calling for review at our hands. The judgment is affirmed.